1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   RANDY S. LUSKEY (CABN 240915)
    Assistant United States Attorney

5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: randall.luskey@usdoj.gov

8
    Attorneys for the United States
9

10                      UNITED STATES MAGISTRATE COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )    No. CR 11-71409 MAG
                                        )
14       Plaintiff,                     )    [PROPOSED] ORDER AND
                                        )    STIPULATION FOR CONTINUANCE
15   v.                                 )    FROM FEBRUARY 16, 2012 TO MARCH
                                        )    1, 2012 AND EXCLUDING TIME FROM
16   GIL SILVA,                         )    THE SPEEDY TRIAL ACT
                                        )    CALCULATION (18 U.S.C. §
17       Defendant.                     )    3161(h)(8)(A))
                                        )
18

19       On February 13, 2012, the United States filed a three count Information in this case.  The

20   arraignment on the Information is currently set before Magistrate Judge Laurel Beeler on

21   February 16, 2012.  The parties are engaged in significant plea discussions and jointly request a

22   continuance of the arraignment date.  With the agreement of the parties, and with the consent of

23   the defendant, the Court enters this order scheduling an arraignment date of March 1, 2012 at

24   9:30 a.m. before the duty magistrate judge, and documenting the exclusion of time under the

25   Speedy Trial Act, 18 U.S.C. § 3161(b), from February 16, 2012 to March 1, 2012.  The parties

26   agree, and the Court finds and holds, as follows:

27       1.  The defendant is in custody.

28       2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

1  3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      3. Given these circumstances, the Court finds that the ends of justice served by

4  excluding the period from February 16, 2012 to March 1, 2012 outweigh the best interest of the

5  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6      6. Accordingly, and with the consent of the defendant, the Court (1) sets an arraignment

7  date before the duty magistrate judge on March 1, 2012 at 9:30 a.m., and (2) orders that the

8  period from February 16, 2012 to March 1, 2012 be excluded from Speedy Trial Act calculations

9  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

10

11  IT IS SO STIPULATED:

12

13  DATED: February 15, 2012              _____/s/_____
                                          KARLI SAGER
14                                        Attorney for Defendant

15

16  DATED: February 15, 2012              _____/s/_____
                                          RANDY S. LUSKEY
17                                        Assistant United States Attorney

18

19  IT IS SO ORDERED.

20
    DATED: February 16, 2012              _____
21                                        LAUREL BEELER
                                          United States Magistrate Judge
22

23

24

25

26

27

28

2